IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUBURBAN MORTGAGE ASSOCIATES INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT And ALPHONSO JACKSON, Secretary, United States Department of Housing and Urban Development, <br><br> FEDERAL HOUSING ADMINISTRATION, An Administration within the United States Department of Housing and Urban Development, and BRIAN MONTGOMERY, Assistant Secretary for Housing/FHA Commissioner, <br><br> Defendants. | Civil Action No. 05-0856 (HHK) |

## NOTICE OF DISMISSAL

TO ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Suburban Mortgage Associates Incorporated ("Suburban") dismisses this action with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. As set forth in Fed. R. Civ. P. 41(a)(1)(i), this notice is the proper vehicle to dismiss this action as no defendant in this matter has served either an answer or motion for summary judgment in response to Suburban's Complaint.

4882104

Respectfully submitted,

s/Douglas C. Proxmire
_____
Timothy A. Vanderver, Jr., Esq. (DC Bar No. 13375)
Douglas C. Proxmire, Esq. (DC Bar No. 453243)
Nancy Murray, Esq. (DC Bar No. 294645)
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

Counsel for Plaintiff Suburban Mortgage Associates Incorporated

Dated:  April 19, 2007

4882104

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of April, 2007, a true and correct copy of the foregoing Notice of Dismissal was served upon counsel for Defendants electronically and by FIRST CLASS MAIL:

> Alan Burch, Esq.
> Assistant United States Attorney
> District of Columbia
> 555 4th Street, NW
> Washington, DC 20530

> s/Douglas C. Proxmire
> Douglas C. Proxmire, Esq.

4882104